UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

      Case No: 23-cr-20063

      Hon. Jonathan J.C. Grey

Radwan Malas, et al.,

      Defendant.

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following Trial Attorney:*

Name: Shane Butland (4951075)
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov

      Jerome F. Gorgon Jr.
      United States Attorney

      *s/Shane Butland*
      Shane Butland (4951075)
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice
      1400 New York Avenue NW
      Washington, DC 20005

Dated: September 11, 2025